IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
*Electronically Filed*

| | |
|---|---|
| CARL GATLIN and MICHAEL WEISS ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 5:20-cv-174-BJB-LLK |
| ) | |
| AECOM MANAGEMENT SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Plaintiffs, Carl Gatlin and Michael Weiss, and Defendant, AECOM Management Services, Inc., by counsel, respectfully submit this Joint Status Report in response to the Court's December 1, 2023 order (DN 69).

The parties have reached a settlement of all claims in this matter. On November 10, 2023, the undersigned notified Magistrate Judge King that the parties had reached an agreement in principle and sought guidance regarding whether to file a formal notice of settlement or simply an agreed order of dismissal after the settlement was finalized. (**Exhibit 1**.) The parties now anticipate being in a position to file an agreed order of dismissal within the next two weeks, and likely on the earlier end. Counsel apologizes to the Court for any inconvenience.

Respectfully submitted,

s/ Stephen J. Mattingly
Barbara B. Edelman
DINSMORE & SHOHL LLP
100 West Main Street, Suite 900
Lexington, KY 40507
T: 859-425-1000
F: 859-425-1099
barbara.edelman@dinsmore.com

-And-

Stephen J. Mattingly
Christopher S. Zelli
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, KY  40202
T: (502) 540-2300
F: (502) 585-2207
stephen.mattingly@dinsmore.com
christopher.zelli@dinsmore.com
*Counsel for Defendant AECOM Management Services, Inc*


s/ Michael Patrick Doyle (with permission)
Tad Thomas
Lindsy Lopez
THOMAS LAW OFFICES
9418 North Commons Blvd. Suite 200
Louisville, KY 40059
T: (877) 955-7001
F: (502) 791-8352
tad@thomaslawoffices.com
lindsy.lopez@thomaslawoffices.com

Michael Patrick Doyle
Emma Rose Brockway
DOYLE, LLP
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, TX 77019
T: (713) 571-1146
F: (713) 571-1148
service@doylelawfirm.com
*Counsel for Plaintiffs, Carl Gatlin and Michael Weiss*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on December 1, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will serve copies of the same on the following counsel of record:

Tad Thomas
Lindsy Lopez
THOMAS LAW OFFICES
9418 North Commons Blvd. Suite 200
Louisville, KY 40059
T: (877) 955-7001
F: (502) 791-8352
tad@thomaslawoffices.com
lindsy.lopez@thomaslawoffices.com

Michael Patrick Doyle
Emma Rose Brockway
DOYLE, LLP
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, TX 77019
T: (713) 571-1146
F: (713) 571-1148
service@doylelawfirm.com
*Counsel for Plaintiffs, Carl Gatlin and Michael Weiss*

                s/ Stephen J. Mattingly
                *Counsel for Defendant AECOM Management Services, Inc.*